UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT EASOM, ADRIAN HOWARD, and JOHN NAU, on behalf of themselves and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>V.<br><br>US WELL SERVICES, LLC<br><br>   Defendant. | §§§§§§§§§§§§§§§§§ CIVIL ACTION NO 4:20-CV-02995 |

**MOTION TO EXPEDITE DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOW COMES** Defendant, U.S. Well Services, LLC by and through undersigned counsel, who respectfully requests that the Court consider its Motion for Extension of Time to File Opposition to Plaintiff's Plaintiffs' Amended Motion to Certify Rule 23 Class Action on an expedited basis and to consider the Motion submitted on December 12, 2022. Plaintiff submits that expedited consideration of its motion is warranted for the following reasons.

1. Defendant's Opposition to Plaintiff's Plaintiffs' Amended Motion to Certify Rule 23 class Action is presently due on December 16, 2022.

2. In the Motion, Defendant requests an additional thirty (30) days to file an Opposition.

3. If the Motion for Extension of Time is not granted, Defendant's Counsel will require sufficient time to prepare an Opposition.

4. The submission of Defendant's Motion for Extension of Time in the twenty-one days allowed under Local Rule 7.3 would result in the Motion for Extension of Time being submitted *after* the deadline Defendant seeks to extend.

**WHEREFORE** Defendant respectfully moves the court to consider its Motion for Extension of Time to File Opposition to Plaintiff's Plaintiffs' Amended Motion to Certify Rule 23 class Action on an expedited basis and to consider the Motion submitted on December 12, 2022.

THIS, the 9th day of December, 2022.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/* David M. Korn
DAVID M. KORN
Texas Bar No. 24026161
S.D. of Texas Federal ID No. 33987
MARK FIJMAN
Texas Bar No. 24112984
S.D. of Texas Federal ID No. 3596495
Canal Place, 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: david.korn@phelps.com
mark.fijman@phelps.com

**ATTORNEYS FOR DEFENDANT U.S. WELL SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing instrument has been served on all counsel of record via e-file notification on December 9, 2022.

| | |
|---|---|
| Gabriel A. Assaad<br>MCDONALD WORLEY, PC<br>1770 St. James Street, Suite 100<br>Houston, TX 77056<br>(713) 523-5500<br><br>COUNSEL FOR PLAINTIFFS | gassaad@mcdonaldworley.com |
| Galvin Kennedy<br>KENNEDY LAW FIRM LLP<br>2925 Richmond Avenue, Suite 1200<br>Houston, TX  77098<br>(713) 425-6445<br><br>COUNSEL FOR PLAINTIFFS | galvin@kennedyattorney.com |

                                      */s/ David M. Korn*
                                      DAVID M. KORN