# EXHIBIT 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Scott Easom, Adrian Howard and John Nau, on behalf of themselves and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>US Well Services, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:20-cv-02995<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US Well Services, Inc.
Registered Agent:
Daniel T. Layton
2100 West Loop South, 16th Floor
Houston, TX  77027-3515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gabriel A. Assaad
McDonald Worley, PC
1770 St. James Place, Suite 100
Houston, TX  77056
Email: gassaad@mcdonaldworley.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

Date: August 27, 2020

s/ Jacqueline Mata
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-02995

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Well Services, Inc.

was received by me on *(date)* September 9, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On September 9, 2020 at 12:42 P.M. I served the Summons, Class Action Complaint, Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work upon defendant US Well Services, Inc. in care of its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, Delaware 19801 (accepted by Sean Ohara, intake specialist for The Corporation Trust Company - as registered agent for US Well Services, Inc.)

My fees are $ 0.00 for travel and $ 60.80 for services, for a total of $ 60.80 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: September 9, 2020

*Server's signature*

Jeffrey L. Butler - process server
*Printed name and title*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
(302) 478-2693 - telephone
*Server's address*

Additional information regarding attempted service, etc: