# EXHIBIT 3

**From:** Dean Fullerton <DFullerton@uswellservices.com>
**Cc:** Dean Fullerton <DFullerton@uswellservices.com>
**Subject:** Sent on behalf of Nathan Houston, COO - RIF in Operations and Maintenance in Texas
**Date:** Fri, 6 Mar 2020 19:18:49 +0000
**Importance:** Normal
**Attachments:** Announcement_-_RIF_Operations_Maintenance_03062020.pdf
**Inline-Images:** image002.png

## All USWS Employees:

Please read the attached organizational announcement regarding reductions in force in Operations and Maintenance, sent on behalf of Nathan Houston, COO.

Regards,
Dean

District HR: Please post for 15 days on company bulletin boards.



Dean Fullerton
Vice President of Human Resources
US Well Services, LLC
1360 Post Oak Blvd, Suite 1800
Houston, TX 77056
dfullerton@uswellservices.com
Office: (832) 562-3986
Cell: (281) 507- 5804

**Using Safety, Working Smarter**



**U.S. WELL SERVICES, LLC**
*1360 Post Oak Blvd, Suite 1800*
*Houston, TX 77056*

March 6, 2020

### COMPANY CONFIDENTIAL

To:        All USWS Employees

From:    Nathan Houston, Chief Operating Officer

Subject:  Reduction in Force in Operations and Maintenance Personnel in Texas

Unfortunately we had to lay off 43 employees in Texas or about 6% of our field workforce this week. This was primarily due to late cancellation of work for Fleet 9 amid the continual market deterioration as well as some realignment of our workforce by geography.

In conjunction with these actions, we are also cutting back significantly on crew air travel wherever and whenever we can.

We will continue to seek profitable work during these challenging times while closely watching our headcount including limiting hiring of replacements where and when practical.

CONFIDENTIAL                                                                                         D_000395