# EXHIBIT 4

**From:** Matthew Moncla
**Sent:** Monday, March 9, 2020 1:39 PM
**To:** Robert Kurtz <RKurtz@uswellservices.com>; Joshua Shapiro <JShapiro@uswellservices.com>; Joel Broussard <Joelb@uswellservices.com>; Kyle ONeill <KONeill@uswellservices.com>; Matt Bernard <MBernard@uswellservices.com>; Nathan Houston <NHouston@uswellservices.com>; Chuck Johnson <CJohnson@uswellservices.com>
**Subject:** Re: [EXTERNAL]Frac Crews

Not yet. As soon as I hear anything different you guys will be the first to know.

Get Outlook for iOS

---

**From:** Robert Kurtz <RKurtz@uswellservices.com>
**Sent:** Monday, March 9, 2020 1:38 PM
**To:** Matthew Moncla; Joshua Shapiro; Joel Broussard; Kyle ONeill; Matt Bernard; Nathan Houston; Chuck Johnson
**Subject:** RE: [EXTERNAL]Frac Crews

Is this drop in pricing going to affect any of our other fleets that you know of?

---

**From:** Matthew Moncla <MMoncla@uswellservices.com>
**Sent:** Monday, March 9, 2020 1:16 PM
**To:** Joshua Shapiro <JShapiro@uswellservices.com>; Joel Broussard <Joelb@uswellservices.com>; Kyle ONeill <KONeill@uswellservices.com>; Matt Bernard <MBernard@uswellservices.com>; Nathan Houston <NHouston@uswellservices.com>; Chuck Johnson <CJohnson@uswellservices.com>; Robert Kurtz <RKurtz@uswellservices.com>
**Subject:** Re: [EXTERNAL]Frac Crews

Immediately. We are finishing today.

Get Outlook for iOS

---

**From:** Joshua Shapiro <JShapiro@uswellservices.com>
**Sent:** Monday, March 9, 2020 1:06:50 PM
**To:** Matthew Moncla <MMoncla@uswellservices.com>; Joel Broussard <Joelb@uswellservices.com>; Kyle ONeill <KONeill@uswellservices.com>; Matt Bernard <MBernard@uswellservices.com>; Nathan Houston <NHouston@uswellservices.com>; Chuck Johnson <CJohnson@uswellservices.com>; Robert Kurtz <RKurtz@uswellservices.com>
**Subject:** RE: [EXTERNAL]Frac Crews

Matt – is this after the pad we are on, or immediately?

**Josh Shapiro**
jshapiro@uswellservices.com

---

**From:** Matthew Moncla <MMoncla@uswellservices.com>
**Sent:** Monday, March 9, 2020 1:04 PM
**To:** Joel Broussard <Joelb@uswellservices.com>; Kyle ONeill <KONeill@uswellservices.com>; Joshua Shapiro <JShapiro@uswellservices.com>; Matt Bernard <MBernard@uswellservices.com>; Nathan Houston <NHouston@uswellservices.com>
**Subject:** Fwd: [EXTERNAL]Frac Crews

Get Outlook for iOS

CONFIDENTIAL                                       D_000290

**From:** █████████████████████████████
**Sent:** Monday, March 9, 2020 1:02 PM
**To:** Matthew Moncla; Lacy Poole
**Subject:** [EXTERNAL]Frac Crews

All,

Due to market conditions, we are shutting down ops on ALL crews for 30 days. I can discuss later today if you need to, but just letting you know.

█████

---

*This transmission may contain information that is confidential and/or privileged.*

*If you are not the intended recipient, any disclosure or use of the information contained herein is strictly prohibited. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.*

*Any opinions expressed in this transmission are those of the sender and may or may not reflect the views of the company. No employee or officer is authorized to conclude any binding agreement on behalf of the company by email.*