# EXHIBIT 5

**From:** Dean Fullerton <DFullerton@uswellservices.com>
**To:** Chuck Johnson <CJohnson@uswellservices.com>, Robert Kurtz <RKurtz@uswellservices.com>, Nathan Houston <NHouston@uswellservices.com>, Kyle ONeill <KONeill@uswellservices.com>
**Subject:** Confidential - Pending Actions Review
**Date:** Wed, 11 Mar 2020 14:36:27 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

All:

Just wanted to capture these actions, please reply and comment if edits required or if you agree.

1. 21 day furlough of all Fleet 13 personnel (including salaried) effective ASAP
2. 10% across the board pay cut for salaried personnel effective either 3/16 or 4/1, ASAP but TBD
3. Change in field bonus structure to align with per hour charging, final $ and effective date TBD
4. Potential RIF of 40-45 employees in the NE as soon as next week due to expected loss of work from Equinor, timing TBD.
5. Restructuring review of Corporate/Region/District management positons to reduce positions and high grade where possible.
6. Reduction in air travel – required VP approval (other than Power Gen personnel travel for rotations) effective immediately.

Dean



Dean Fullerton
Vice President of Human Resources
US Well Services, LLC
1360 Post Oak Blvd, Suite 1800
Houston, TX 77056
dfullerton@uswellservices.com
Office: (832) 562-3986
Cell: (281) 507- 5804

**Using Safety, Working Smarter**

7.

**From:** Joel Broussard <Joelb@uswellservices.com>
**To:** Chuck Johnson <CJohnson@uswellservices.com>, Nathan Houston <NHouston@uswellservices.com>, Kyle ONeill <KONeill@uswellservices.com>, Robert Kurtz <RKurtz@uswellservices.com>
**Cc:** Dean Fullerton <DFullerton@uswellservices.com>
**Subject:** Re:
**Date:** Thu, 12 Mar 2020 19:22:30 +0000
**Importance:** Normal

---

We will review add and subtract and get back with y'all over the weekend.   Target date is Wednesday

Get Outlook for iOS

**From:** Chuck Johnson <CJohnson@uswellservices.com>
**Sent:** Thursday, March 12, 2020 2:06:24 PM
**To:** Nathan Houston <NHouston@uswellservices.com>; Joel Broussard <Joelb@uswellservices.com>; Kyle ONeill <KONeill@uswellservices.com>; Robert Kurtz <RKurtz@uswellservices.com>
**Cc:** Dean Fullerton <DFullerton@uswellservices.com>
**Subject:**

Please review the attached/updated list, once this RIF is performed we will review and address crew sizes, adjusting down. Blanks will be filled after reviewing with Department Heads.
Feel free to call, email or text with questions, comments or concerns.

Thank you,

*Chuck Johnson*
VP of Operations
US Well Services
Cell: 304-841-6232
cjohnson@uswellservices.com

CONFIDENTIAL                                                                   D_000184