# EXHIBIT 6

**From:** Dean Fullerton <DFullerton@uswellservices.com>
**To:** Denise Pack <DPack@uswellservices.com>
**Subject:** RE: Review of DOT Structure/Positions
**Date:** Fri, 13 Mar 2020 21:47:05 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

**CONFIDENTAIL – YOUR EYES ONLY-DO NOT SHARE**

Denise,
Sorry I have been on the road today and have not been able to respond to you. I am still in Boston until tomorrow night.

There is a lot of activity related to cost cutting including reorganizations, furlough and RIF's. Please understand that we are moving toward "survival mode" very quickly with many moving parts occurring… Because I am not there I am working with a handicap but I expect to know a lot more after Sunday afternoon.

We could be looking at as many as 200-300 employees losing their jobs as soon as the middle of next week. Here is what I do know:

1. Bryan will be closing, likely announced next week effective by the end of March, there will be some layoffs there and some transfers to Pleasanton.
2. You will need someone in Jane Lew as the DOT Supervisor but until we know the future of fleet work there we may want to use Connie in the interim, or you can go ahead and select someone else. I am not sure that we will be able to keep her long term.
3. It is very likely that Pleasanton will be folded into San Angelo as one big TX district but with 2 locations. I suggest we consider how we will cover that with one DOT Supervisor in one location, probably San Angelo.
4. We will need to discuss Gerry or another DT in TX. Sorry.
5. I don't know if we can keep both Teresa and Dean, I hope so, but if we can't who do we keep? My guess is Teresa but we need to be ready with an answer over the weekend.
6. There will be many cuts in Corporate office especially in areas that have recently staffed up considerably. A lot of reversals of hiring coming.
7. Accounting and HR will be impacted both in the field and in Corporate. HSE and Training will have significant cuts.
8. There are other changes likely coming including executive departures, salary reductions, loss of fuel cards for those with vehicle allowanced employees and 50% reductions in vehicle allowances. Everything is on the table.

I need you to look again HARD and prioritize both positions and people. I need this sometime tomorrow.

Dean

---

**From:** Denise Pack <DPack@uswellservices.com>
**Sent:** Thursday, March 12, 2020 11:21 AM
**To:** Dean Fullerton <DFullerton@uswellservices.com>
**Subject:** RE: Review of DOT Structure/Positions

Hello Dean,

As you know, we have already taken steps to combine efforts for Pleasanton and Bryan. I have one driver trainer and one DOT Sup for both districts. In that dispatch is no longer under my direction, I can't speak to my ideas with respect to that department.

Rather than fill Corey's spot with an outside person, we could ask Connie to continue to fill, however, we are paying for her hotel, meals and mileage while she is doing so. Another option would be to move Mitch into that position, but then we would be leave us with only 2 in dispatch.

In San Angelo, we have not filled the vacant Driver Trainer position as Eric had asked me if there was any way that we could somehow get everything done with just one driver trainer. I told him we would do our best and re-evaluate in a month or two. So we are already down a DT there as well. With 4 fleets working there and the distance between the fleets, I don't see how I could lose either of those guys. I have Chris helping Clif cover the pre move vehicle inspections now and still trying to keep up with all of the basic day-to-day requirements as well. Clif is trying to keep up with road tests, training and plating too.

Honestly, Dean, I don't have anyone I can do without. Katie is irreplaceable. She is doing a great job and Matt and Kyle would never allow her to go anyway. Teresa is working her butt off. Dean is the link we need between Transportation and Maintenance. He has done a really good job with the DOT Maintenance Policy, if he can just nail Jody down long enough to agree to it, then we can push it out. He is also working on the DOT Discipline Policy.

All in all the Transportation Department has already given up

- A DOT Supervisor in Bryan
- A Driver Trainer in Pleasanton
- A Driver Trainer in San Angelo
- A DOT Supervisor in Jane Lew

When you look at my entire Department, we have already cut 36% of our personnel since the beginning of the year. Has any other department done this? I will also add that my department continues to pick up additional duties. My DT in the NE not only handles all of the DT duties, he also manages and moves the turbines. And just this week, Mike Cahill was in the office interviewing the hire more people for the corporate office. ???

d

---

**From:** Dean Fullerton <DFullerton@uswellservices.com>
**Sent:** Thursday, March 12, 2020 10:55 AM
**To:** Denise Pack <DPack@uswellservices.com>
**Subject:** Review of DOT Structure/Positions

CONFIDENTIAL                                      D_000187

Denise,

With the downturn in oil prices and the general economic recession that we seem to be approaching rapidly, I need you to review your already lean team and determine if there is anywhere we can either not fill positions or eliminate them. There will be consolidation likely both in the NE as well as in TX. Ohio and PA employees in general will likely be laid off, though some will be offered positions in WV. In TX there will likely be one district with 2 locations, San Angelo and Pleasanton, with Bryan likely going away if and when Hawkwood ends our work there.

All departments are being reviewed and asked to come up with a plan. Please give me your thoughts by end of today. I realize this is not an easy task for you or anyone of us.

Dean



Dean Fullerton
Vice President of Human Resources
US Well Services, LLC
1360 Post Oak Blvd, Suite 1800
Houston, TX 77056
dfullerton@uswellservices.com
Office: (832) 562-3986
Cell: (281) 507- 5804

**Using Safety, Working Smarter**