```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION

SCOTT EASOM, ADRIAN HOWARD,   §
and JOHN NAU, on behalf of    §
themselves and on behalf of   §
all others similarly situated,§
     Plaintiffs,              §  CIVIL ACTION NO.
                              §    4:20-CV-02995
V.                            §
                              §
US WELL SERVICES, LLC,        §
     Defendant.               §
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF ADRIAN BERNARD HOWARD

JANUARY 17, 2023

VOLUME 1 OF 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF ADRIAN BERNARD HOWARD, produced at the instance of Defendant and duly sworn, was taken in the above-styled and numbered cause on the 17th day of January, 2023, from 9:57 a.m. until 12:12 p.m., before Carol S. Temperton, CSR, in and for the State of Texas, reported by stenograph machine, at the offices of McDonald Worley, P.C., 1770 St. James Place, Suite 420, Houston, Harris County, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

EXHIBIT 9

Adrian Bernard Howard
1/17/2023

42

1  was, you had to go there if you wanted to work?
2       A    Correct.
3       Q    Did they say, "You'll need to show up at the
4  San Angelo site and tell them you're here, register, so
5  that they know you're a guy coming from the Bryan
6  facility"?
7       A    No, that's not how it worked.
8       Q    How did it work?
9       A    Granted that fleet was based out of San
10 Angelo, but the jobsite is in Nevada -- I mean, not
11 Nevada.  It was in New Mexico.  So I would have to
12 leave my house.  When I got to the San Angelo area,
13 that's when I could clock in.  And then I had to drive
14 to where we were staying at in New Mexico.  And then I
15 met with the crew, and we did our -- we met up, then we
16 went to the jobsite.  When we was in -- depends on
17 where you were.
18      Q    Okay.  I want to make sure I understood you.
19 I have the Bryan in my mind, and let me just repeat it
20 so I can get this question.
21           For Bryan, you show up at the Bryan
22 facility yard.  You guys get into a van, and you guys
23 go out to the pad, the jobsite pad, where you guys do a
24 crew-change interaction and then a safety meeting and
25 then you start fracking.  Is that generally right?

61

1   watch the news.  I don't care what's going on in the
2   news, and I didn't care about politics.
3       Q    (BY MR. KORN)  Do you have children?
4       A    Yes.
5       Q    Did they get told they were going to get sent
6   home from school?
7       A    I can't answer at that time because I wasn't
8   home.  That's a question for my wife.
9       Q    Did she ever work at US Wells?
10      A    No.
11      Q    Do you remember there being a natural disaster
12  declared by either the Feds, Trump, or the state
13  governor?
14      A    That falls into what I stated earlier about I
15  wasn't paying attention.
16      Q    Okay.  So you did not really have any
17  knowledge of -- did you or did you not have any
18  knowledge of COVID-19 impacting the fracking industry
19  as of the date you were fired?
20      A    No, I had no knowledge.
21      Q    Nobody had said to you, like, "Hey, we might
22  lose our job," at that time?
23           MR. YEZIERSKI:  Objection to form.
24      Q    (BY MR. KORN)  Did you have any indication
25  whatsoever that you were about to lose your job, any

65

1  any -- most people want to know why they were fired.
2  That's why I'm asking.
3              MR. YEZIERSKI:  Objection to form.
4              Go ahead and answer, Adrian.
5       A    The reason why I heard was because they said
6  the oil price is dropping.  That's what we were told.
7       Q    (BY MR. KORN)  Who told you that?
8       A    The treater said it.  He said something about
9  oil prices dropping; but he said, "Apache still has
10 jobs."
11      Q    When did the treater say that oil prices were
12 dropping?
13      A    He said it a few days prior to this.
14      Q    And did he say it to a group of people?
15      A    It was a group of us.
16      Q    And did people talk back and say anything,
17 like, "Yeah, I heard about that" or --
18              Did you know independently that oil prices
19 were dropping then?
20      A    I didn't watch that sort of stuff.
21      Q    Did anybody else say -- after the treater said
22 that oil prices were dropping, did people say, "We
23 might lose our jobs"?
24      A    That's something I don't remember because I do
25 remember the frac hands grumbling, but I didn't pay

Adrian Bernard Howard
1/17/2023

71

1    Q   Prior to the date that you got terminated,
2  were you aware that US Wells had terminated other
3  people because of the price of oil?
4    A   Unfortunately, yes, I was apprised of that.
5    Q   How did you know and what were the
6  circumstances?
7    A   They sent a company letter out saying that,
8  unforeseen actions, they had to lay off a certain
9  amount of people.  And they said they had to lay off 43
10 people.
11   Q   What facility was that out of; do you
12 remember?
13   A   It didn't say what facility; it just said what
14 fleet.
15   Q   What fleet was it?
16   A   I would have to look back at the letter that's
17 in the -- the evidence, whatever it's called.
18            MR. YEZIERSKI:  Discovery.
19            THE WITNESS:  Yeah, there we go,
20 discovery.
21   A   And I think that letter came out beginning of
22 March.
23   Q   (BY MR. KORN)  I'm going to show you, just so
24 we can get our bearings, Exhibit 17.  And this is a
25 memo from -- it's an e-mail.  It's from Dean Fullerton,

1   and then attached to it is a memo regarding Reduction
2   in Force. Is this the 43 people that were laid off
3   that you're talking about?
4       A   Correct.
5       Q   Okay. So do you know Dean Fullerton?
6       A   No.
7       Q   Do you know Nathan Houston?
8       A   No.
9       Q   Did you get this on your phone e-mail?
10      A   I had it on -- yes, I got it through my
11  e-mail.
12      Q   I'm sorry?
13      A   I got it through my e-mail.
14      Q   And prior to getting this, had you kind of
15  heard through the grapevine already that they were
16  laying off people?
17      A   No.
18      Q   Would this have been the first time you heard
19  that there was actually laying off workforce because of
20  cancellation of work?
21      A   The only grumbling I heard was that they were
22  letting people go because they sucked at their job.
23      Q   Who did you hear that from?
24      A   One of the grumbling hands. It's from the
25  grapevine, so I don't believe everything I hear from

Adrian Bernard Howard
1/17/2023

89

1  Q  Did she ask why?
2  A  That wasn't her first response.
3  Q  Did she ask why at some point in that
4  conversation?
5  A  No, she did not.  I don't -- actually, I don't
6  remember if she said it or not.  I just remember that I
7  had to hold the phone away from my ear.  That's all I
8  remember.
9  Q  What's her name?
10 A  Heather.
11 Q  And you have two kids, did you say?
12 A  Yes.
13 Q  What are their ages?
14 A  My son is 16, and my daughter is 24.
15 Q  Do you recall if they -- I asked before.
16    I believe you testified you don't recall
17 if they had been sent home from school at that time
18 frame or not because you weren't paying attention.  Is
19 that correct?
20 A  Correct.
21 Q  Okay.  Did you drive -- after you stopped off
22 at San Angelo and returned the uniform, did you go
23 right home?
24 A  Yes.
25 Q  Okay.  Did you -- what was your next -- did