

March 18, 2020

Dear David Easom,

This letter outlines the information you need to know in regards to your current termination of employment, effective immediately. Your termination of employment is due to unforeseeable business circumstances resulting from a lack of available customer work caused by the significant drop in oil prices and the unexpected adverse impact that the Coronavirus has caused.

Based on your current position with the company, you will be provided the below upon separation:

 a. You will be paid your hours worked through Wednesday, March 18, 2020. If your hours worked are less than 40 hours, you will then provided additional Make Up hours to earn at least 40 regular hours for the week.
 b. Pay out of any PTO earned, but not used.
 c. If PTO has been used vs. what has been earned, this amount will be deducted from your final pay
 d. If you have been reimbursed a boot allowance, you will not be required to pay this back
 e. Benefits eligibility will be through March 31, 2020 if enrolled – premiums for the month of March will be deducted from your final pay check
    i. You will be offered COBRA to continue your insurance past March 31, 2020. Details have been provided within this packet. You will also receive documentation in the mail from Paycom with additional details on the COBRA coverage you will be provided.
 f. Please have all company equipment turned into your local Districts' office no later than **Thursday, March 19, 2020 at 5pm**. Any items not turned in will be deducted from your final pay check.

You will receive your last pay from US Well Services via US Postal Services, mailed within 6 days from your last day of work.

If you have been contributing to your 401K account and would like to either rollover or withdraw, log on to your Empower account and make your changes. Prior to making any changes, ensure you have received your last pay as you will want to capture all funds contributed into your account.

If you have any questions, please contact your immediate Supervisor or Human Resources via email at dboyd@uswellservices.com or by phone at 979-307-6383.

On behalf of the entire USWS Management team, we want to thank you for your service at US Well Services. We regret having to take this action and wish you the best.

Sincerely,

Donna Boyd
District HR Administrator

EXHIBIT 11

6728 RM Hwy 853          San Angelo, Texas 76901          Office Number: 325-213-8050



March 18, 2020

Adrian Howard
2514 ASHFORD WEST DR
COLLEGE STATION, TX  77840

Dear Adrian Howard,

This letter outlines the information you need to know in regards to your current termination of employment, effective immediately. Your termination of employment is due to unforeseeable business circumstances resulting from a lack of available customer work caused by the significant drop in oil prices and the unexpected adverse impact that the Coronavirus has caused.

Based on your current position with the company, you will be provided the below upon separation:

   a. You will be paid your hours worked through Wednesday, March 18, 2020. If your hours worked are less than 40 hours, you will then provided additional Make Up hours to earn at least 40 regular hours for the week.
   b. Pay out of any PTO earned, but not used.
   c. If PTO has been used vs. what has been earned, this amount will be deducted from your final pay
   d. If you have been reimbursed a boot allowance, you will not be required to pay this back
   e. Benefits eligibility will be through March 31, 2020 if enrolled – premiums for the month of March will be deducted from your final pay check
        i. You will be offered COBRA to continue your insurance past March 31, 2020. Details have been provided within this packet. You will also receive documentation in the mail from Paycom with additional details on the COBRA coverage you will be provided.
   f. Please have all company equipment turned into your local Districts' office no later than **Thursday, March 19, 2020 at 5pm**. Any items not turned in will be deducted from your final pay check.

You will receive your last pay from US Well Services via US Postal Services, mailed within 6 days from your last day of work.

If you have been contributing to your 401K account and would like to either rollover or withdraw, log on to your Empower account and make your changes. Prior to making any changes, ensure you have received your last pay as you will want to capture all funds contributed into your account.

If you have any questions, please contact your immediate Supervisor or Human Resources via email at MRohmfeld@uswellservices.com or by phone at 325-213-8047.

On behalf of the entire USWS Management team, we want to thank you for your service at US Well Services. We regret having to take this action and wish you the best.

Sincerely,

*Michelle Rohmfeld*
Michelle Rohmfeld
Regional HR Manager

6728 RM Hwy 853          San Angelo, Texas 76901          Office Number: 325-213-8050



March 18, 2020

John Nau
204 W. HUITT LN
EULESS, TX  76040

Dear John Nau,

This letter outlines the information you need to know in regards to your current termination of employment, effective immediately. Your termination of employment is due to unforeseeable business circumstances resulting from a lack of available customer work caused by the significant drop in oil prices and the unexpected adverse impact that the Coronavirus has caused.

Based on your current position with the company, you will be provided the below upon separation:

    a. You will be paid your hours worked through <u>Wednesday, March 18, 2020</u>. If your hours worked are less than 40 hours, you will then provided additional Make Up hours to earn at least 40 regular hours for the week.
    b. Pay out of any PTO earned, but not used.
    c. If PTO has been used vs. what has been earned, this amount will be deducted from your final pay
    d. If you have been reimbursed a boot allowance, you will not be required to pay this back
    e. Benefits eligibility will be through March 31, 2020 if enrolled – premiums for the month of March will be deducted from your final pay check
        i. You will be offered COBRA to continue your insurance past March 31, 2020. Details have been provided within this packet. You will also receive documentation in the mail from Paycom with additional details on the COBRA coverage you will be provided.
    f. Please have all company equipment turned into your local Districts' office no later than **Thursday, March 19, 2020 at 5pm**. Any items not turned in will be deducted from your final pay check.

You will receive your last pay from US Well Services via US Postal Services, mailed within 6 days from your last day of work.

If you have been contributing to your 401K account and would like to either rollover or withdraw, log on to your Empower account and make your changes. Prior to making any changes, ensure you have received your last pay as you will want to capture all funds contributed into your account.

If you have any questions, please contact your immediate Supervisor or Human Resources via email at MRohmfeld@uswellservices.com or by phone at 325-213-8047.

On behalf of the entire USWS Management team, we want to thank you for your service at US Well Services. We regret having to take this action and wish you the best.

Sincerely,

*Michelle Rohmfeld*
Michelle Rohmfeld
Regional HR Manager

6728 RM Hwy 853        San Angelo, Texas 76901        Office Number: 325-213-8050