# EXHIBIT 3

| LOCATION | HOUSTON, TX | | BRYAN, TX | | PLEASANTON, TX | | SAN ANGELO, TX | | NORTHEAST | |
|---|---|---|---|---|---|---|---|---|---|---|
| FT TOTAL | 106 | | 74 | | 104 | | 200 | | 232 | |
| | DATE | FT TERM | DATE | FT TERM | DATE | FT TERM | DATE | FT TERM | DATE | FT TERM |
| | 3/16/2020 | 2 | 3/5/2020 | 10 | 3/5/2020 | 5 | 3/5/2020 | 17 | 3/18/2020 | 7 |
| | 3/18/2020 | 26 | 3/19/2020 | 17 | 3/19/2020 | 11 | 3/6/2020 | 2 | 3/19/2020 | 29 |
| | 3/19/2020 | 1 | 3/27/2020 | 1 | 3/27/2020 | 1 | 3/19/2020 | 31 | 3/20/2020 | 5 |
| | 4/1/2020 | 2 | 4/1/2020 | 3 | 3/31/2020 | 1 | 3/27/2020 | 29 | 3/21/2020 | 2 |
| | 5/1/2020 | 1 | 4/3/2020 | 35 | 4/1/2020 | 6 | 3/30/2020 | 1 | 3/23/2020 | 1 |
| | TOTAL | 32 | 4/25/2020 | 5 | 4/3/2020 | 32 | 4/1/2020 | 1 | 3/25/2020 | 1 |
| | | | 5/19/2020 | 1 | 4/16/2020 | 4 | 4/3/2020 | 11 | 3/26/2020 | 5 |
| | | | TOTAL | 72 | 4/17/2020 | 2 | 4/16/2020 | 2 | 3/27/2020 | 4 |
| | | | | | 4/21/2020 | 1 | 4/17/2020 | 2 | 3/28/2020 | 2 |
| | | | | | 4/24/2020 | 1 | 4/18/2020 | 1 | 3/31/2020 | 17 |
| | | | | | 4/27/2020 | 1 | 4/25/2020 | 1 | 4/1/2020 | 1 |
| | | | | | 5/1/2020 | 1 | 4/29/2020 | 2 | 5/1/2020 | 2 |
| | | | | | TOTAL | 66 | 5/1/2020 | 5 | 5/8/2020 | 1 |
| | | | | | | | TOTAL | 105 | TOTAL | 77 |