UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT EASOM, ADRIAN HOWARD, and JOHN NAU, on behalf of themselves and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br>V.<br><br>U.S. WELL SERVICES, LLC<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO 4:20-CV-02995<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STRIKE PLAINTIFFS' JURY DEMAND

Considering the Motion to Strike Plaintiffs' Jury Demand, filed by Defendant U.S. Well Services, LLC,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs' jury demand is stricken and Plaintiffs' instant action will be decided by bench trial.

THIS the _____ day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

PD.43449343.1