Case 4:20-cv-02995   Document 108   Filed on 12/08/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 08, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| **SCOTT EASOM, ADRIAN HOWARD, and JOHN NAU**, on behalf of themselves and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>V.<br><br>**U.S. WELL SERVICES, LLC**<br><br>　　Defendant. | **CIVIL ACTION NO 4:20-CV-02995** |

## ORDER DIRECTING PRODUCTION OF CLASS DATA FROM DEFENDANT

Pursuant to the Court's Amended Scheduling and Docket Control Order, (Docket Entry No. 105), issuance of class notices in this matter was scheduled for November 27, 2023. At a December 8, 2023 status conference, counsel for the defendant informed the court and the plaintiffs' counsel of significant technical issues that have delayed the production of class data, and ongoing efforts to obtain and produce the class data.

**IT IS HEREBY ORDERED** that the defendant will produce to the court and the plaintiffs' counsel the names, addresses, and to the extent available, the e-mail addresses and telephone numbers of each class member by December 29, 2023.

SIGNED on December 8, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge