United States District Court
Southern District of Texas
**ENTERED**
August 28, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT EASOM, *et al.*, § § § Plaintiffs, § v. § § US WELL SERVICES, INC., § § Defendant. § § § § | CIVIL ACTION NO. H-20-2995 |

### ORDER

The court will hear the parties' joint motions to approve the settlement at the hearing set for **October 11, 2024, at 3:30 pm**, by Zoom. The parties need not submit a joint pretrial order.

SIGNED on August 28, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge