United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SCOTT EASOM, ADRIAN HOWARD and JOHN NAU, on behalf of themselves and on behalf of all others similarly situated<br>　　Plaintiffs<br><br>VERSUS<br><br>US WELLS SERVICES, LLC<br>　　Defendant | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO 4:20-CV-02995<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In a separate Order entered on this same day, the Court granted the Parties' Joint Motion for Final Approval of Class Action Settlement. Because all pending claims between the parties have been dismissed with prejudice pursuant to that separate Order, the Court hereby issues this order of **FINAL JUDGMENT**, and this case is hereby **CLOSED**.

SO ORDERED, ADJUDGED AND DECREED this the 20th day of December 2024.

_____
UNITED STATES DISTRICT JUDGE

PD.47900659.1